**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00292-JLK-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CAESAR U. GALICIA,

    Defendant.

---

**ORDER CONTINUING SUPERVISION AND
MODIFYING THE CONDITIONS OF SUPERVISED RELEASE**

---

    THIS MATTER is before the Court upon report of the probation officer that Defendant violated the conditions of his supervised release by Violating the Law, and Failure to Follow the Instructions of the Probation Officer. At a supervised release violation hearing on January 15, 2008, the Court found Defendant in violation of his supervised release. The Court

    ORDERS that Defendant's supervised release be continued. Additionally, the Court

    ORDERS the following special conditions:

1) The defendant shall reside in a community corrections center for a period of two (2) months, to commence January 15, 2008, and shall observe the rules of that facility.

2) The defendant shall participate in and successfully complete a domestic violence program.

DATED at Denver, Colorado, this 16th day of January, 2008.

                                        BY THE COURT:

                                        ***s/John L. Kane***
                                        John L. Kane
                                        Senior United States District Judge